IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David F. Thompson, ) | No. CV 11-174-TUC-FRZ (CRP) |
| )  Plaintiff, ) | **ORDER** |
| ) v. ) | |
| ) Michael J. Astrue, Commissioner of ) Social Security, ) | |
| ) Defendant. ) | |

Plaintiff David F. Thompson filed this action for judicial review of the administrative decision denying his application for Social Security disability benefits.

This matter was referred to the United States Magistrate Judge for all pretrial proceedings and report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) and LRCiv 72.1 and LRCiv 72.2, Rules of Practice of the United States District Court for the District of Arizona.

On January 13, 2012, Magistrate Judge Charles R. Pyle issued his Report and Recommendation, recommending that the District Court, after its independent review of the record herein, dismiss this action without prejudice, based on Plaintiff's failure to timely effectuate service on the Commissioner and the United States as required by Rule 4(i), Federal Rules of Civil Procedure.

The Report and Recommendation sets forth the procedural history of this case and the five-factor test applied in the Ninth Circuit in determining whether a dismissal is appropriate. See *Valley Engineers, Inc. V. Electric Engineering Co.*, 158 F.3d 1051, 1057 (9th Cir. 1998).

The Report and Recommendation advised the parties that they may file written objections within fourteen (14) days from the date of service of a copy of the Report and Recommendation. *See* 28 U.S.C. § 636(b)(1) and Rules 72(b) of Federal Rules of Civil Procedure.

No objections were filed.

The Court finds, after consideration of all matters presented and an independent review of the record herein, that the findings of the Magistrate Judge as set forth in the Report and Recommendation, shall be accepted and adopted as the findings of fact and conclusions of law of this Court. Accordingly,

IT IS HEREBY ORDERED that Magistrate Judge Pyle's Report and Recommendation (Doc. 16) is hereby ACCEPTED and ADOPTED as the findings of fact and conclusions of law by this Court;

IT IS FURTHER ORDERED that this action is dismissed without prejudice;

IT IS FURTHER ORDERED that judgment be entered accordingly.

DATED this 4th day of April, 2012.

Frank R. Zapata
Senior United States District Judge